KC FILED
FEB 2 6 2008
Feb 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **08CR 0176** |
| vs. | ) ) ) | Violation: Title 18, United States Code, Section 641 |
| ERNESTINE SIRGEDAS | ) ) ) | JUDGE AMY ST. EVE |

**MAGISTRATE JUDGE MASON**

The UNITED STATES ATTORNEY charges:

From in or about April 1999, to in or about June 2006, at Cicero and Indianhead Park, in the Northern District of Illinois, Eastern Division, and elsewhere,

ERNESTINE SIRGEDAS,

defendant herein, did steal, purloin, and knowingly convert to her own use in excess of $1,000 in funds belonging to the United States, namely, approximately $119,681.60 in funds administered by the Office of Personnel Management as part of its Civil Service Retirement System, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

_____
UNITED STATES ATTORNEY