AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ERNESTINE SIRGEDAS

**WAIVER OF INDICTMENT**

**CASE NUMBER: 08 CR 176**

I, __Ernestine Sirgedas__, the above named defendant, who is accused of violation of Title 18, United States Code, Section 641, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __March 10, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

*FILED MAR 10 2008 — JUDGE AMY ST. EVE, United States District Court*