## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Amy J. St. Eve | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 176 | **DATE** | 5/30/2008 |
| **CASE TITLE** | USA vs. Ernestine Sirgedas | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters a plea of guilty to the Information. Plea Agreement signed in open court. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a Pre-sentence Investigation. Government to file its version by or on 6/6/2008. Defendant to file his version by or on 6/13/2008. Sentencing set for August 7, 2008 at 9:15 A.M. Same bond to stand.

Docketing to mail notices.

00:25

| | Courtroom Deputy Initials: | TH |
|---|---|---|

Case 1:08-cr-00176 Document 9 Filed 05/30/2008 Page 1 of 1

06CR766 USA vs. Reginald Yates Page 1 of 1