MHW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of _United States of America_     Case _08CR176_

vs.

_Ernestine Singedas_     _08cr176_

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

_Ernestine Singedas_

---

| | |
|---|---|
| SIGNATURE _[signature]_ | FILED<br>5-30-2008<br>MAY 3 0 2008<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |
| FIRM | |
| STREET ADDRESS _2505 S. DesPlaines Ave_ | |
| CITY/STATE/ZIP _North Riverside, Illinois 60546_ | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) _6273405_ | TELEPHONE NUMBER _(708) 443-5400_ |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☑     APPOINTED COUNSEL ☐ | |